IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYN ROUNDTREE,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>Defendant | : | NO. 07-711 |

## ORDER

AND NOW, this 16th day of January, 2008, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto, and review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED in part and DENIED in part; and

3. The case is REMANDED to the Commissioner of the Social Security Administration so that the Administrative Law Judge ("ALJ") can conduct additional proceedings consistent with the Report and Recommendation. Specifically, upon remand, the ALJ should: (a) explicitly consider Gail Browne's testimony concerning the debilitating effects of Plaintiff's migraine headaches and explain the weight and credibility accorded this witness; (b) explicitly consider Dr. Robert L. Sadoff's March 8, 1996 opinions concerning Plaintiff's headaches; and (c) thereafter, re-evaluate the credibility of Plaintiff's testimony concerning her migraine headaches in light of (a) and (b).

It is so ORDERED.

BY THE COURT:

RONALD L. BUCKWALTER, J.